petition is submitted in compliance with Rule 33.1. See Martin v. District of Columbia Court of Appeals, 506 U.S. 1, 113 S. Ct. 397, 121 L. Ed. 2d 305 (1992) (per curiam).

**No. 11-5251. James Thomas Green, Petitioner v. Texas.**

565 U.S. 806, 132 S. Ct. 385, 181 L. Ed. 2d 8, 2011 U.S. LEXIS 6383.

October 3, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the Court of Criminal Appeals of Texas dismissed. See Rule 39.8.

**No. 11-5293. Corey Louis Hines, Petitioner v. Lisa J. W. Hollingworth, Warden (ten judgments).**

565 U.S. 807, 132 S. Ct. 385, 181 L. Ed. 2d 8, 2011 U.S. LEXIS 6550.

October 3, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit dismissed. See Rule 39.8.

**No. 11-5312. Matthew Thomas Clarke, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

565 U.S. 807, 132 S. Ct. 385, 181 L. Ed. 2d 8, 2011 U.S. LEXIS 6529.

October 3, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the

United States Court of Appeals for the Fifth Circuit dismissed. See Rule 39.8.

Same case below, 415 Fed. Appx. 529.

**No. 11-5563. Nina Shahin, Petitioner v. Delaware, et al.**

565 U.S. 807, 132 S. Ct. 386, 181 L. Ed. 2d 8, 2011 U.S. LEXIS 6584.

October 3, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Third Circuit dismissed. See Rule 39.8.

**No. 11-5564. Nina Shahin, Petitioner v. Delaware, et al.**

565 U.S. 807, 132 S. Ct. 387, 181 L. Ed. 2d 8, 2011 U.S. LEXIS 6265.

October 3, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Third Circuit dismissed. See Rule 39.8.

**No. 11-5565. Nina Shahin, Petitioner v. Delaware, et al.**

565 U.S. 807, 132 S. Ct. 387, 181 L. Ed. 2d 8, 2011 U.S. LEXIS 6356.

October 3, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari